UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DWAYNE THOMAS, | ) | CASE NO. CV 08-1310-DOC (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| KEN CLARK, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   April 30, 2010  .

_David O. Carter_
———————————————————
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA08CV01310DOC-J.wpd